FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 20 2007 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re requests for leave to file
by HERMAN CARLEE McMILLIAN

JUDGMENT
07-MC-088 (JG)
07-MC-089 (JG)
07-MC-104 (JG)
07-MC-147 (JG)
07-MC-148 (JG)

----------------------------------------------------------------X

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on April 18, 2007, denying plaintiff's motions for leave to file a complaint; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that plaintiff's motions for leave to file a complaint are denied; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
April 19, 2007

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court